# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**DANIEL L. RUSH**

**Vs.** **C.A. NO. 04-216ML**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Michael J. Astrue, Commissioner of Social Security Administration against the plaintiff, Daniel L. Rush, pursuant to the Order dated March 24, 2008 granting defendant's assented to Motion for Entry of Judgment affirming the Commissioner's final decision.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: March 26, 2008